LEHIGH STRUCTURAL STEEL COMPANY, INC., Plaintiff, *v.* NYACK KENNEL CLUB et al., Defendants; BIOPHILE CLUB COMPANY, INC., Appellant, and VERNON LUMBER CORPORATION, Respondent.

Submitted January 8, 1940; decided January 9, 1940.

*Max Ornstein* for motion.

*Francis D. Wells* opposed.

Motion to dismiss appeal denied. Motion to compel appellant to supplement the record on appeal granted to the extent of directing that the appellant include in the record on appeal all papers that were before the Appellate Division when it made the order appealed from.